IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

CHERYL LEE,

Plaintiff,

v.

CROTHALL SERVICES,

Defendant.                                  No. 13-cv-00087-DRH-DGW

## MEMORANDUM AND ORDER

**HERNDON, Chief Judge:**

On March 27, 2013, Cheryl Lee filed an amended complaint against Crothall Services (Doc. 7). Now before the Court is her motion for service of process at Government expense (Doc. 4). Defendant has not been served.

On March 21, 2013, the Court granted Lee's motion for leave to proceed *in forma pauperis* and directed her to file an amended complaint with more details of her alleged discrimination claim (Doc. 6). The Court determined that Lee's motion survived § 1915(e)(2) review in that the action appeared to be neither frivolous nor malicious.

After review of Lee's amended complaint, the Court **GRANTS** her motion for service of process at Government expense. If a summons is to be issued, Lee shall prepare the summons form and a USM-285 form for the named defendant and forward these documents to the Clerk of the Court for issuance. Once a summons, if any, is issued, the Court **DIRECTS** the United States Marshal to

obtain service on same.  Costs of service shall be borne by the United States of America.

**IT IS SO ORDERED.**

Signed this 1st day of April, 2013.

Digitally signed by David R. Herndon
Date: 2013.04.01 12:00:22 -05'00'

**Chief Judge**
**United States District Court**